UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Gary Garcia, et al., | § | |
|     Plaintiffs, | § § § | |
| versus | § § | Civil Action H-18-125 |
| Ford Motor Company, | § § | |
|     Defendant. | § § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By October 12, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

4. The conference scheduled for October 10, 2018, is cancelled. (27)

Signed on September 14, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge