UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Gary Garcia, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-18-125 |
| Ford Motor Company, | § § | |
| Defendant. | § | |

# Final Dismissal

1. No party having moved for reinstatement, this case is dismissed with prejudice. (29)

2. This court retains jurisdiction to enforce the settlement.

Signed on October 16, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge